1  **LAW OFFICE OF STEVEN H. SCHULTZ**
2  STEVEN H. SCHULTZ, Esq., State Bar No. 163543
3  701 Howe Avenue, Suite A-3
   Sacramento, California 95825
4  (916) 922-2310

5  Attorney for Plaintiffs
6
7
                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| DEBORAH MCMILLIAN and ROBERT MCMILLIAN, | CASE NO. : |
| Plaintiffs, | 2:13-CV-01115-LKK-CKD |
| vs. | ORDER DISMISSING DEFENDANT STANLEY BLACK & DECKER, INC. WITHOUT PREJUDICE PURSUANT TO STIPULATION OF VOLUNTARY DISMISSAL |
| HOME DEPOT, LLC; HOME DEPOT U.S.A., INC.; THE STANLEY WORKS; STANLEY BLACK & DECKER, INC.; and DOES 1 through 100 inclusive, Defendants. | |

Pursuant to the parties' written "Stipulation of Dismissal of Defendant STANLEY BLACK & DECKER, INC., a true and correct copy of which is attached hereto as Exhibit A and is hereby incorporated herein by this reference:

IT IS HEREBY ORDERED THAT:

1. This action is dismissed without prejudice as to defendant STANLEY BLACK & DECKER, INC. and

2. Each party is to bear its own costs and attorney's fees.

1

1

2  Dated: August 12, 2013.

3

4

5  LAWRENCE K. KARLTON
   SENIOR JUDGE
6  UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28