UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (Sacramento Division)

| | |
|---|---|
| DEBORAH MCMILLIAN and ROBERT MCMILLIAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HOME DEPOT, LLC; HOME DEPOT U.S.A., INC.; THE STANLEY WORKS; STANLEY BLACK & DECKER, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:　2:13-CV-01115-KLL-CKD<br>[Assigned to Hon. Lawrence K. Karlton]<br><br>**ORDER RE: DISMISSAL OF ACTION]** |

　　　On or about February 26, 2014, the parties jointly submitted a stipulation of dismissal to the Court.  Upon consideration of the terms set forth therein, the Court orders the instant matter dismissed with prejudice, with each party to bear its own attorney's fees and costs incurred in this action.

　　　IT IS SO ORDERED.

　　　Dated this 27th day of February, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER RE: DISMISSAL OF ACTION